IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>  v.<br>JAY LAPINE,<br>      Defendant.<br>_____ / | No. C 01-03650 WHA<br><br>**CASE MANAGEMENT ORDER** |

      The stay is **LIFTED** except that no interrogatories, requests for admission, and no deposition shall be required of defendant until after the ten third-party depositions are taken, which shall be completed by the end of February 2009. Defendants shall answer the complaint by **OCTOBER 28, 2008, AT NOON**. All parties shall make their Rule 26 initial disclosures by said date. A further case management conference shall be held on **MARCH 19, 2009, AT 11:00 A.M.**, to set a trial date and a schedule for expert discovery and to complete fact discovery.

      **IT IS SO ORDERED.**

Dated: October 16, 2008.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE