IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

JAY LAPINE,

    Defendant.
———————————————/

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

CHARLES McCALL,

    Defendant.
———————————————/

No. C 01-03650 WHA

Consolidated with:

No. C 03-02603 WHA

**ORDER TO SHOW CAUSE**

    In light of the acquittal of defendant Jay Lapine in *United States v. McCall, et al.*, No. CR 00-0505 WHA, the SEC is ordered to show cause why the above-captioned action against defendant Lapine should not be dismissed. The SEC must state with specificity all admissible evidence on which it will rely in this action. Said submission is due on or before **NOON ON DECEMBER 23, 2009**.

    **IT IS SO ORDERED.**

Dated: November 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE