**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

JAY LAPINE,

    Defendant.
————————————————/

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

CHARLES McCALL,

    Defendant.
————————————————/

No. C 01-03650 WHA

Consolidated with:

No. C 03-02603 WHA

**REQUEST FOR RESPONSE**

In light of the acquittal of defendant Jay Lapine in *United States v. McCall, et al.*, No. CR 00-0505 WHA, the SEC was ordered to show cause why the above-captioned action against defendant Lapine should not be dismissed. The Court is in receipt of the SEC's submission addressing the evidence upon which it intends to rely at trial. Defendant Lapine is ordered to respond in writing to the SEC's submission on or before **NOON ON JANUARY 19, 2010.** Defendant Lapine's response should be no more than 25 pages. Any reply by the SEC

should be no more than 12 pages and must be received on or before **NOON ON JANUARY 22, 2010.**

**IT IS SO ORDERED.**

Dated: January 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE