KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS TOPEL (SBN 54702)
Email: mtopel@kasowitz.com
LYN R. AGRE (SBN 178218)
Email: lagre@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

*Attorneys for Jay Lapine*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY LAPINE,<br><br>    Defendant. | Case No. C 01-03650 WHA<br><br>Consolidated with:<br><br>Case No. C 03-02603 WHA<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES McCALL,<br><br>    Defendant. | |

1       This matter came before the Court upon defendant Jay Lapine's Motion for Change of
2 Time pursuant to Civil Local Rules 6-3 and 7-11.
3       For good cause shown, Mr. Lapine's motion to modify the deadline for his response to
4 the SEC's submission regarding the order to show cause is **GRANTED**. Mr. Lapine must
5 respond in writing to the SEC's submission on or before noon on February 2, 2010. Any reply by
6 the SEC must be filed on or before noon on February 5, 2010.
7      **IT IS SO ORDERED.**

DATED: January 14, 2010.



WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Defendant Lapine's Motion to Change Time      Case No. C 01-03650 WHA