KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
MARCUS TOPEL (SBN 54702)
Email:  mtopel@kasowitz.com
LYN R. AGRE (SBN 178218)
Email:  lagre@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

*Attorneys for Jay Lapine*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>JAY LAPINE,<br><br>            Defendant.<br><hr>SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br>v.<br><br>CHARLES McCALL,<br><br>            Defendant. | Case No. C 01-03650 WHA<br><br>Consolidated with:<br><br>Case No. C 03-02603 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME** |

[Proposed] Order Granting Defendant Lapine's Motion to Change Time                                   Case No. C 01-03650 WHA

1   This matter came before the Court upon defendant Jay Lapine's Motion for Change of
2  Time pursuant to Civil Local Rules 6-3 and 7-11.
3   For good cause shown, Mr. Lapine's motion to modify the deadline for his response to
4  the SEC's submission regarding the order to show cause is **GRANTED**. Mr. Lapine must
5  respond in writing to the SEC's submission on or before noon on February 2, 2010. Any reply by
6  the SEC must be filed on or before noon on February 5, 2010.
7   **IT IS SO ORDERED.**

8  DATED: January 14, 2010.



WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE