IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JAY LAPINE,<br><br>    Defendant.<br>_____/<br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES McCALL,<br><br>    Defendant.<br>_____/ | No. C 01-03650 WHA<br><br>Consolidated with:<br><br>No. C 03-02603 WHA<br><br>**ORDER RE REQUEST TO ENLARGE TIME** |

      The SEC and defendant Jay Lapine have filed a stipulated request to modify discovery and filing deadlines in this matter on the grounds that they have reached a settlement agreement "in principle, subject to approval by members of the Commission" (Br. at 2). The parties must clarify whether their settlement agreement has been actually finalized but for the Commission's approval. If the details of the settlement agreement have not yet been finalized

1  and submitted to the Commission for approval, good cause to modify the case schedule has not
2  been shown.

4  **IT IS SO ORDERED.**

6  Dated: February 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE