IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JAY LAPINE,<br><br>    Defendant.<br>                                /<br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES McCALL,<br><br>    Defendant.<br>                                / | No. C 01-03650 WHA<br><br>Consolidated with:<br><br>No. C 03-02603 WHA<br><br>**ORDER RE REQUEST TO ENLARGE TIME** |

      The SEC and defendant Jay Lapine have filed a stipulated request to modify discovery and filing deadlines in this matter on the grounds that they have reached a settlement agreement subject only to approval by members of the SEC in Washington, D.C. The terms of the settlement have been finalized between defendant Lapine and local SEC counsel and defendant Lapine has signed a consent to entry of final judgment upon those terms. The settlement must next be approved by the SEC in Washington, D.C. before it can be submitted to the undersigned for approval.

Good cause, shown, the request to modify deadlines as to defendant Lapine is **GRANTED**. Per defendant Lapine's stipulation with the SEC, the non-expert discovery cut-off date shall be extended from February 26 to **MARCH 26, 2010**. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening report") shall be extended from February 26 to **MARCH 26, 2010.** Within seven calendar days thereafter, the opening parties must disclose any reply reports rebutting specific material in opposition reports. The cutoff for all expert discovery shall be fourteen calendar days after the deadline for reply reports. At least 28 calendar days before the due date for opening reports, each party shall serve a list of issues on which it will offer any expert testimony in its case-in-chief (including from non-retained experts).

The deadline for defendant Lapine's response to the SEC's submission on the order to show cause shall extended from February 2 until **NOON ON MARCH 2, 2010**. Any reply by the SEC shall be filed on or before **NOON ON MARCH 5, 2010.**

In all other respects, all pretrial and trial dates with respect to defendant Lapine remain as previously set by the case management order of March 20, 2009 (Dkt. No. 82).

The parties request that the extension of deadlines also apply to defendant McCall, although no settlement has been reached by defendant McCall. For lack of good cause shown, this request is **DENIED**. All pretrial and trial dates with respect to defendant McCall remain as previously set by the March 20 case management order.

**IT IS SO ORDERED.**

Dated: February 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2